IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RACHEL PORTEOUS, an individual, ALICIA IRENE SHAW, an individual; and RODGER ALAN SHAW, an individual,<br><br>        Defendants. | 2:09-cv-01414-GEB-DAD<br><br>ORDER CONTINUING STATUS CONFERENCE and RULE 4(M) NOTICE |

        The status (pretrial scheduling) conference scheduled for October 19, 2009 is continued to November 16, 2009, commencing at 9:00 a.m. This continuance is because the Status Report filed on October 1, 2009, reveals this case is not ready to be scheduled. Plaintiff states in that status report that Defendant Rachel Porteous "has not appeared in this action." However, Plaintiff fails to state how it will proceed against Defendant Rachel Porteous.

        If Plaintiff fails to show in a filing due no later than 4:00 p.m. on October 20, 2009 how it will proceed against Defendant Rachel Porteous, Plaintiff shall show cause in a filing due no later than 4:00 p.m. on October 26, 2009 why this action should not be dismissed for failure of prosecution.

1

1  Lastly, the parties shall file a joint status report
2 fourteen (14) days prior to the November 16, 2009 status conference.
3 Dated: October 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge