IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

     Plaintiff,                      No. CIV S-09-1414 GEB DAD

     v.

ALICIA IRENE SHAW, et al.,
                                       ORDER
     Defendants.
_____/

        Plaintiff is proceeding on a complaint in interpleader against three defendants. Defendants Alicia Shaw and Rodger Shaw have filed a notice of non-opposition to plaintiff's complaint. On October 22, 2009, the Clerk entered the default of defendant Rachel Porteous. By motion filed November 19, 2009, plaintiff now seeks entry of default judgment by the court against defendant Porteous. Plaintiff has also served a copy of its motion for default judgment on all defendants. Pursuant to Local Rule 72-302(c)(19), the motion has been referred to the undersigned magistrate judge for findings and recommendations.

        Plaintiff indicates that defendant Porteous, who is not represented by counsel in this action, is incarcerated in the Butte County Jail. In accordance with Local Rule 78-230(m), plaintiff has not noticed its default judgment motion for hearing. The rule provides as follows:

/////

1

    **Motions in Prisoner Cases.** All motions, except motions to dismiss for lack of prosecution, filed in cases wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question.

Local Rule 78-230(m). Failure of the responding party to file opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion. Id.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff shall serve a copy of this order upon defendant Porteous by mail and shall file a proof of such service within five days after this order is filed;

    2. Defendant Porteous shall file any opposition or statement of no opposition to plaintiff's motion for default judgment by placing the opposition or statement of no opposition in the mail to this court within eighteen (18) days after the date of service of this order by plaintiff; and

    3. Plaintiff's reply to the opposition of defendant Porteous, if any, shall be filed and served in accordance with Local Rule 78-230(m).

DATED: November 22, 2009.

               */s/ Dale A. Drozd*
               DALE A. DROZD
               UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.civil\unumlifeins1414.ntc.230m