IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff,                        No. CIV S-09-1414 GEB DAD

    v.

ALICIA IRENE SHAW, et al.,
                                        ORDER

      Defendants.
_____/

        By motion filed November 19, 2009, plaintiff sought the entry of a default judgment against defendant Porteous. On November 22, 2009, the undersigned issued an order directing defendant Porteous to file any opposition or statement of no opposition to plaintiff's motion for default judgment and directing plaintiff to serve a copy of the order upon defendant Porteous and file a proof of such service. Plaintiff complied with the court's order, defendant Porteous failed to file opposition and the motion was submitted for decision on December 26, 2009.

        Before the undersigned issued findings and recommendations addressing the pending motion, on January 15, 2010, counsel for plaintiff filed a stipulation for dismissal of the entire action and for distribution of the interpleaded funds executed by plaintiff's counsel and defendants Alicia Shaw and Rodger Shaw. Submitted as an exhibit to the stipulation filed by

1

plaintiff's counsel was a disclaimer and general release of any claim to the interpleaded funds bearing the notarized signature of defendant Porteous, dated December 18, 2009.[1]

In light of the filing of the stipulation for dismissal of the entire action and for distribution of the interpleaded funds, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's November 19, 2009, motion for default judgment against defendant Rachel Porteous (Doc. No. 22) is denied without prejudice as having been rendered moot.

DATED: January 20, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1\orders.civil\unumlifeins1414.mdj.moot

---

[1] Plaintiff's counsel indicates in the stipulation for dismissal and distribution that they did not received Ms. Porteous' executed disclaimer and general release until January 14, 2010.

2