UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>RACHEL PORTEOUS, an individual; ALICIA IRENE SHAW, an individual; and RODGER ALAN SHAW, an individual,<br><br>                Defendants. | Case No. 2:09-CV-01414-GEB-DAD<br><br>ORDER ON STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION AND FOR DISTRIBUTION OF THE INTERPLEADED FUNDS |

**ORDER**

The Court having reviewed the Stipulation of plaintiff UNUM Life Insurance Company of America and defendants Alicia Irene Shaw and Rodger Alan Shaw, and the Disclaimer and General Release of defendant Rachel Porteous, hereby finds that:

1. Defendant Rachel Porteous was properly served with a copy of the Summons and Complaint, and the Clerk entered Rachel's default on October 22, 2009.

///

2. Rachel Porteous has signed a Disclaimer and General Release, wherein she forever waived any rights she has or may have had to the funds interpleaded with the Court, pursuant to the terms of the Disclaimer and General Release attached to the Stipulation.

3. UNUM filed its Complaint in good faith and without any collusion with any of the parties hereto as a result of the potentially conflicting claims of Alicia Irene Shaw, Rodger Alan Shaw and Rachel Porteous with regard to UNUM group life identification number 562036 issued to decedent Theresa Shaw's employer Washington Mutual, Inc. under policy number 292000 issued to the Select Group Insurance Trust (the "Life Policy") and UNUM group accidental death and dismemberment policy number GSR 20624 issued to Theresa Shaw's employer Washington Mutual, Inc. (the "AD&D Policy") (collectively the "Policies").  Concurrently with the filing of the Complaint, UNUM deposited with the Court the funds it admits were due and owing under the Policies as a result of the death of Theresa Shaw, an amount totaling $71,064.12 ($20,783.30 – Life Policy and $50,280.82 – AD&D Policy), including accrued interest.

4. UNUM is released, discharged and forever acquitted of and from any and all liability of any kind or nature whatsoever to any of the parties hereto on account of the Policies or the proceeds of the Policies due and owing thereunder.

5. This action is dismissed, with prejudice, the parties to bear their own fees and costs.

///
///
///
///
///
///
///

6. The Clerk of the Court shall distribute the entirety of the interpleaded funds with the Court, including accrued interest, minus the Court's registry fee, as follows:

Alicia Irene Shaw – 50%

Rodger Alan Shaw – 50%

Checks made payable to Alicia Shaw and Rodger Shaw, respectively, shall both be mailed to Alicia Shaw and Rodger Shaw at 1217 Orodam Blvd., W., Oroville, California 95965.

**IT IS SO ORDERED**.

1/20/10

_____
GARLAND E. BURRELL, JR.
United States District Judge